JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| KIMBERLY EVANS, | Case No. 8:25-cv-01304-JWH-KESx |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

Pursuant to the Scheduling Notice and Order [ECF No. 13] entered on or about July 23, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 25, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE